1  PAMELA TSAO (SBN: 266734)
   ASCENSION LAW GROUP
2  12341 Newport Ave.
   Suite B200
3  North Tustin, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff  JOHN HO
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | JOHN HO, an individual,              ) Case No.: 2:22-cv-01029-DSF-AS
12 |           Plaintiff,                 )
   |                                       ) **NOTICE OF CONDITIONAL**
13 |     vs.                              ) **SETTLEMENT**
14 | EMPIRE COMMERCIAL CENTER,             )
   | LLC, a limited liability company     ) [Assigned to Hon. Dale S. Fischer]
15 |                                       )
   |           Defendants.                )
16 |                                       )

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with Local Rule 40-2, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. The Parties have agreed to a settlement in principle but have not yet reduced the material terms into writing. Plaintiff will file a dismissal within 45 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement.

ASCENSION LAW GROUP, PC

DATE: March 30, 2022

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

JOHN HO

NOTICE OF CONDITIONAL SETTLEMENT
2:22-CV-01029-DSF-AS