1  ASCENSION LAW GROUP
   PAMELA TSAO( 266734)
2  12341 Newport Ave.,
   Suite B200
3  North Tustin, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff  JOHN HO
6

7

8                **CENTRAL DISTRICT OF CALIFORNIA**

9

10 | JOHN HO, an individual              ) | Case No.: 2:22-cv-01029-DSF-AS
11 |         Plaintiff,                  ) | **PLAINTIFF'S NOTICE OF**
12 |     vs.                             ) | **VOLUNTARY DISMISSAL OF**
   |                                     ) | **ENTIRE ACTION WITH**
13 |                                     ) | **PREJUDICE PURSUANT TO**
14 | EMPIRE COMMERCIAL CENTER,            ) | **FEDERAL RULE OF CIVIL**
   | LLC, a limited liability company    ) | **PROCEDURE 41(a)(1)**
15 |                                     ) |
16 |         Defendants.                 ) | [Assigned to Hon. Dale S. Fischer]

17

18

19

20

21

22

23

24

25

26

27

28

---

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**2:22-CV-01029-DSF-AS**

**PLEASE TAKE NOTICE** that Plaintiff John Ho ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in revalent part:

(a) **Voluntary Dismissal.**

   (1) By the Plaintiff.

      (A)    *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

          (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant EMPIRE COMMERCIAL CENTER, LLC, a limited liability company ("Defendant"). has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed with prejudice and without an Order of the Court.

ASCENSION LAW GROUP, PC

DATE: April 21, 2022

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff John Ho

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**2:22-CV-01029-DSF-AS**